

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2023

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Lyedell Jenkins & Corley Evans*, 22 Cr. 401 (VSB)

Dear Judge Broderick:

      The parties write to request that the conference scheduled for January 20, 2023, at 9:00 a.m. in the above-captioned case be postponed until Friday, March 3, 2023 at 10:00 a.m. The parties are still actively discussing a potential pre-trial resolution of this matter, and the adjournment will permit the parties to continue those discussions.

      The Government also requests that the time between today and the new conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will permit the parties to continue their discussions regarding a potential pretrial resolution of this case. Counsel for both defendants consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

Application granted. The status conference scheduled for January 20, 2023 is hereby adjourned to March 3, 2023 at 10:00 a.m. The adjournment is necessary to allow the parties sufficient time to continue their discussions concerning a potential pre-trial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 20, 2023 and March 3, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED: 1/19/23

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE