

U.S. Department of Justice

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 5/9/23

The conference scheduled for May 12, 2023 at 11:00 a.m. is hereby adjourned to June 13, 2023 at 12:00 p.m. The adjournment is necessary to allow Defendant sufficient time to review the recently-extended plea offer with his counsel. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly it is further ordered that the time between today and June 12, 2023 is hereby excluded under the Speedy Trial Act. 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Lyedell Jenkins*, 22 Cr. 401 (VSB)

Dear Judge Broderick:

The Government writes to request that the conference scheduled for May 12, 2023 at 11:00 a.m. in the above-captioned case be postponed for approximately 30 days. The Government recently extended a plea offer to Mr. Jenkins and this adjournment would give Mr. Jenkins and his counsel time to review and discuss.

The Government also requests that the time between today and the new conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will permit the parties to attempt to reach a pretrial resolution of this case.

Counsel for Mr. Jenkins consents to consents to both requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448