# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   03/07/2024

Mr. Jenkins' voluntary surrender date is hereby extended and he shall report to his designated BOP facility before 2:00 PM on June 6, 2024. If for any reason Mr. Jenkins drops out of school prior to June, counsel must inform me immediately.

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Lyedell Jenkins,
       22 Cr. 401 (VSB)**

Dear Judge Broderick:

    I write to request that the Court reschedule Mr. Jenkins' voluntary surrender date to early June. At the sentencing hearing on March 1, the Court set May 7 as the surrender date, based on the defense representation that we believed Mr. Jenkins' college semester ended in late April. Upon checking Hostos Community College's academic calendar post-sentencing, we see that the semester in fact ends in late May. Setting an early June surrender date will allow Mr. Jenkins to complete the semester. For logistical reasons, we request that the surrender date be a Tuesday, Wednesday, or Thursday.

    I have discussed this request with AUSA Lynaugh, who informs me that the government has no objection to it.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Maggie Lynaugh